# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**ROBERT R. DI TROLIO**
**CLERK OF COURT**

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

April 19, 2005



RE:   WADE SCOTT, JR. Vs. THE MED
      03cv2599-D/V

Dear Counsel:

It appears in the above referenced cause that the parties are unable to agree on the taxation of costs.

Pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, the Clerk will tax costs on Friday, May 13, 2005 @ 9:30 a.m., in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk will accept the citation of any law the parties think appropriate, but such submissions must be received no later than one week prior to the scheduled hearing.

Sincerely,

Robert Di Trolio, Clerk

by: *Earline Grayer*
    Deputy Clerk

/ehg
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02599 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

Wade A. Scott
4002 Hitchcock
Memphis, TN 38128

Robert Di Trolio
CLERK, U.S. DISTRICT COURT
242 Federal Bldg.
167 North Main Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT